No. 03–702. SILVER SAGE PARTNERS, LTD., ET AL. *v.* CITY OF DESERT HOT SPRINGS, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–705. CITY OF LAS VEGAS, NEVADA, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION OF NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–709. CIGNA HEALTHCARE OF CALIFORNIA, INC. *v.* BALABAN-ZILKE, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ZILKE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–711. WEBB ET AL. *v.* GOORD, INDIVIDUALLY AND AS COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–713. SCHWARTZ *v.* AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC. C. A. 5th Cir. Certiorari denied.

No. 03–714. ESCANDON DE AUERBACH ET VIR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–719. MOODY *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 03–720. CRUMP *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–721. RUPERT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 03–722. WEISS *v.* BERKETT, AS SUCCESSOR INTERIM TRUSTEE OF THE TRUSTS UNDER THE WILL OF POLLAK, DECEASED, ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 03–723. SCHWEGMANN GIANT SUPER MARKETS, INC., ET AL. *v.* MUSMECI ET AL. C. A. 5th Cir. Certiorari denied.